**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-62808-CIV-MORENO

LEMUEL NELSON,
    Plaintiff,

vs.

VIOLA REALTY, LLC, a Florida corporation,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the Plaintiff, LEMUEL NELSON, an Individual, through his undersigned counsel, and Defendant, VIOLA REALTY, LLC, a Florida corporation, file this Notice of Settlement to advise the Court that said parties have settled this case. The parties are in the process of finalizing the Settlement Agreement and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by February 13, 2015. The undersigned hereby requests that any impending deadlines and all matters before this Court be removed from the Court's docket, until the Stipulation for Dismissal is filed.

    Dated January 28, 2015.

Respectfully submitted,
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
**By: S/ Tal Shemtov**
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on the 28th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

## SERVICE LIST

*Attorneys for Defendants:*
Jared L. Gamberg, Esq.
Gamberg & Abrams
4651 Sheridan Street, Suite 200
Hollywood, FL 33021
Office (954) 981-4411
Fax (954) 966-6259
E-Mail: JaredGamberg@Gamberglaw.com

**VIA CMECF**